1  KEKER, VAN NEST & PETERS LLP
   MICHELLE YBARRA - # 260697
2  mybarra@keker.com
   TRAVIS SILVA - # 295856
3  tsilva@keker.com
   ROBYN PARISER - # 335017
4  rpariser@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
6  Facsimile:     415 397 7188

7  Attorneys for Petitioner SPINX GAMES, LTD.

8  DAVIS & NORRIS LLP
   D. FRANK DAVIS
9  JOHN E. NORRIS
   ANDREW WHEELER-BERLINER
10 WESLEY W. BARNETT
   The Bradshaw House
11 2154 Highland Avenue South
   Birmingham, Alabama 35205
12 Telephone: (205) 930-9900
   andrew@davisnorris.com
13 fdavis@davisnorris.com
   wbarnett@davisnorris.com
14 jnorris@davisnorris.com

15 Attorneys for Respondents THOMAS VIEL, BRITNEY ROSS,
   CARRISA PYLES, and JOSHUA BENNEFIELD
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  SPINX GAMES, LTD., | Case No. 3:23-cv-01337-WHO |
| 21            Petitioner, | Related Case Nos. 3:23-cv-01338-WHO; 3:23-cv-01339-WHO; 3:23-cv-01340-WHO |
| 22       v. | **JOINT STIPULATION AND ORDER REGARDING SERVICE, NOTICE OF HEARING, AND RELATED BRIEFING SCHEDULE (CIV. L.R. 6-1)** |
| 23  THOMAS VIEL, | |
| 24            Respondent. | |
| 25 | Judge:    William H. Orrick |
| 26 | Date Filed: March 8, 2023 |
| 27 | Trial Date: TBD |

28

1    Petitioner, SpinX Games, Ltd. ("Petitioner" or "SpinX") and Respondent Thomas Viel
2    ("Respondent" and together with SpinX, "the Parties") by and through their respective counsel,
3    hereby stipulate and request as follows:
4    WHEREAS, on March 8, 2023, Petitioner filed Petitions to Compel Arbitration in San
5    Francisco, California, in the following matters: *SpinX Games, Ltd. v. Viel*, No. 3:23-cv-01337-
6    WHO; *SpinX Games, Ltd. v. Bennefield*, No. 3:23-cv-01338-WHO; *SpinX Games, Ltd. v. Pyles*,
7    No. 3:23-cv-01339-WHO; and *SpinX Games, Ltd. v. Ross*, No. 3:23-cv-01340-WHO (each, a
8    "Matter"; collectively, "the Matters")[1];
9    WHEREAS, on March 9, 2023, SpinX filed a notice of motion and supporting evidence
10   and memoranda in each Matter (each a "Motion")[2], noting that SpinX would re-notice each
11   Motion upon receiving a judicial assignment;
12   WHEREAS, on March 21, 2023, this Court issued an order relating the Matters to each
13   other and assigning all Matters to this Court;
14   WHEREAS, on March 23, 2023, Respondent filed a Cross-Motion to Compel Arbitration
15   Before the American Arbitration Association ("Cross-Motion") as well as an Opposition to
16   SpinX's Motion in each Matter, together with supporting evidence and memoranda;
17   WHEREAS the substance of Respondent's Cross-Motion and the substance of
18   Respondent's Opposition to SpinX's Motion is nearly identical;
19   WHEREAS, to promote judicial economy and conserve Party resources, the parties have
20   agreed to streamline proceedings in the manner described below;
21   NOW THEREFORE, the Parties agree as follows:
22   1.    Service of the initial Petition is complete in this Matter.

---

[1] Before these cases were reclassified by this Court's Order Reclassifying Cases on March 22, 2023, they were docketed as the following: *SpinX Games, Ltd. v. Viel*, No. 23-mc-80057; *SpinX Games, Ltd. v. Bennefield*, No. 23-mc-80058; *SpinX Games, Ltd. v. Pyles*, No. 23-mc-80059; and *SpinX Games, Ltd. v. Ross*, No. 23-cv-80060.

[2] In the *Viel* matter, the Motion is docketed at ECF No. 7. In *Bennefield*, it is docketed at ECF No. 6. In *Pyles*, it is docketed at ECF No. 7. In *Ross*, it is docketed at ECF No. 6.

2

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SERVICE, NOTICE OF HEARING, AND RELATED BRIEFING SCHEDULE (CIV. L.R. 6-1)**
Case No. 3:23-cv-01337-WHO

2109709

2. SpinX will consolidate its Reply in Support of its Petition to Compel Arbitration in San Francisco, California and its Opposition to Respondent's Cross-Motion to Compel Arbitration Before the American Arbitration Association into one brief in this Matter.

3. Petitioner hereby re-notices the Motion (ECF No. 7) for hearing on May 10, 2022, at 2PM before Judge Orrick in Courtroom 2 on the 17th Floor of 450 Golden Gate Ave., San Francisco, California, 94102;

4. Respondent hereby re-notices the Cross-Motion (ECF No. 23) for hearing on May 10, 2022, at 2PM before Judge Orrick in Courtroom 2 on the 17th Floor of 450 Golden Gate Ave., San Francisco, California, 94102;

5. The parties agree to the following briefing and hearing schedule:

| Event | Date |
|---|---|
| Deadline for SpinX to file its consolidated Reply in Support of its Motion and its Opposition to Cross-Motion. | Wednesday, April 12, 2023 |
| Deadline for Petitioner to file optional Reply brief. | Wednesday, April 26, 2023 |
| Hearing. | Wednesday, May 10, 2023, at 2PM |

Dated: March 29, 2023                                             KEKER, VAN NEST & PETERS LLP

By:   */s/ Michelle Ybarra*
      MICHELLE YBARRA
      TRAVIS SILVA
      ROBYN PARISER

      Attorneys for Petitioner, SpinX Games, Ltd.

3
**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE, NOTICE OF HEARING, AND RELATED BRIEFING SCHEDULE (CIV. L.R. 6-1)**
Case No. 3:23-cv-01337-WHO

2109709

Dated: March 29, 2023                                    DAVIS & NORRIS LLP

                                                  By:  */s/ John E. Norris*
                                                       D. FRANK DAVIS
                                                       JOHN E. NORRIS
                                                       ANDREW WHEELER-BERLINER
                                                       WESLEY W. BARNETT

                                                       Attorneys for Petitioner, SpinX Games, Ltd.

**ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I attest that each of the signatories have concurred in the filing of this document.

Dated:                                             By:  */s/ Michelle Ybarra*

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2023

_____
United States District Judge